# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  15-3508
_____

Shana D. Donathan

Plaintiff - Appellant

v.

Oakley Grain, Inc.; Bruce Oakley, Inc.; Dennis Oakley

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:14-cv-00615-JM)

_____

## JUDGMENT

Before COLLOTON, MELLOY and SHEPHERD, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the

district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district

court in this cause is reversed consistent with the opinion of this court.


June 28, 2017


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans



**15-3508 Shana Donathan v. Oakley Grain, Inc., et al "judgment filed sua sponte reversed" (4:14-cv-00615-JM)**

ca08ml_cmecf_Notify   to:                                    06/28/2017 09:26 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 06/28/2017

**Case Name:** Shana Donathan v. Oakley Grain, Inc., et al

**Case Number:** 15-3508

**Document(s):** Document(s)

**Docket Text:**
**JUDGMENT FILED -** The judgment of the originating court is REVERSED in accordance with the opinion. STEVEN M. COLLOTON, MICHAEL J. MELLOY and BOBBY E. SHEPHERD Hrg Sep 2016 [4551739] [15-3508] (Yvette Lisenby)

**Notice will be electronically mailed to:**

Ms. Penny Collins Choate: pennychoate@pennychoatelawfirm.com, tasha@pennychoatelawfirm.com, terri@pennychoatelawfirm.com
Mr. John T Holleman: jholleman@johnholleman.net, jeanette@johnholleman.net, tim@johnholleman.net
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Timothy A Steadman: tim@johnholleman.net, jholleman@johnholleman.net, jeanette@johnholleman.net
Ms. Tasha Marie Terry: tasha@pennychoatelawfirm.com

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:**
/opt/ACECF/live/forms/YvetteLisenby_153508_4551739_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/28/2017] [FileNumber=4551739-0]

[06c3ad3acec716748c31a30ece7a1962b9a723c8c0ac32a04e3d98204de2b089251d25bdd28f643
b582e2a09faf53c5a90d4a018f4df179f8b8680814bcf9557]]

**Recipients:**
- Ms. Penny Collins Choate
- Mr. John T Holleman
- Mr. Jim McCormack, Clerk of Court
- Mr. Timothy A Steadman
- Ms. Tasha Marie Terry

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4551739
**RELIEF(S) DOCKETED:**
  reversed
**DOCKET PART(S) ADDED:** 5836625, 5836626, 5836627